

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Jorge Luis Hernandez-Palomares, | § | No. 08-15-00312-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 265th District Court |
| | § | |
| The State of Texas, | | of Dallas County, Texas |
| | § | |
| State. | | (TC# F-14-32887-R) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **June 27, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Kristin R. Brown, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before June 27, 2016.

IT IS SO ORDERED this 1st day of June, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.